IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDERICK DIONTAE MORROW, | ) |
| Petitioner, | ) No. 3:06-0955 |
| | ) JUDGE HAYNES |
| WAYNE BRANDON, Warden, | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the petition for the writ of habeas corpus is **DISMISSED** as untimely. The Court grants a Certificate of Appealability under 28 U.S.C. § 2253(c) on the timeliness of this action.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___10th___ day of February, 2010.

WILLIAM J. HAYNES, JR
United States District Judge