| | |
|---|---|
| FREDERICK DIONTAE MORROW,<br>    Petitioner<br><br>v.<br><br>WAYNE BRANDON, Warden<br>    Respondent | )<br>)<br>)<br>)   No. 3:06-0955<br>)   Judge Haynes<br>)<br>)<br>) |

*[Handwritten order:]* ORDER. Upon renewed, this motion is GRANTED. The parties have 30 days to file any additional briefs. [signature] 6-29-10

### PETITIONER'S MOTION TO RECONSIDER

Pursuant to Fed. R. Civ. P. 59(e) and Habeas Rule 11, petitioner Frederick Morrow moves this Court to reconsider its order dismissing his petition under the statute of limitations. The Court did not address Morrow's argument based on *Jimenez v. Quartermaster*, 129 S. Ct. 681 (2009), which has confirmed Morrow's argument as to the date of finality. (R.42, Petitioner's Supplemental Response to Statute-of-Limitations Defense (explaining *Jimenez*'s support).) In light of *Jimenez*, this Court should vacate its order dismissing Morrow's petition.

### Factual Background[1]

Frederick Morrow appealed his felony-murder conviction to the Tennessee Court of Criminal Appeals (TCCA) but was denied relief in December 1998. He was entitled to make a further appeal to the Tennessee Supreme Court through a Rule 11 application. His attorney, however, failed to file the Rule 11 application.

Morrow subsequently pursued state post-conviction relief. In those proceedings, he requested leave to file an out-of-time appeal in the form of a Rule 11 application. In April 2004, the post-conviction judge granted that request, allowing him to file the Rule 11 application.

---

[1]Petitioner has supplied a detailed timeline of events in his Response to Statute-of-Limitations Defense, D.E. 24.