IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FREDERICK DIONTAE MORROW, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:06-0955 |
| | ) | Chief Judge Haynes |
| WAYNE BRANDON, Warden | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Petitioner's motion for an evidentiary hearing (Docket Entry No. 57). Upon review of the record, and in light of Martinez v. Ryan, 132 S. Ct. 1309 (2012), Petitioner's motion is **GRANTED**. Counsel for the parties have twenty (20) days to submit an Agreed Order with a hearing date.

It is so **ORDERED**.

**ENTERED** this the 22nd day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court