IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDERICK DIONTAE MORROW, | ) |
| Petitioner, | ) No. 3:06-0955 |
| | ) JUDGE HAYNES |
| WAYNE BRANDON, Warden, | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, this action for the petition for the writ of habeas corpus is **DISMISSED with prejudice.** Petitioner's ineffective assistance of counsel claims are as untimely and Petitioner's remaining claims are without merit. The Court **GRANTS** a Certificate of Appealability under 28 U.S.C. § 2253(c) on all claims in this action.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 6th day of January, 2014.

William J. Haynes, Jr.
United States District Judge